IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,　　　　　　　　　　No. 2:13-cv-0825 MCE AC P

  vs.

JOSE LUIS CHAVEZ,

    Movant.　　　　　　　　　　　　ORDER
_____/

       Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

       Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

/////

1

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

Additionally, the Clerk of the Court shall serve a copy of this order on petitioner, now located at FCI Tucson, Federal Correctional Institution, P.O. Box 23811, Tucson, AZ 85734.[1] The Clerk of the Court is also directed to update petitioner's address on file to reflect petitioner's current place of incarceration.

DATED: June 28, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;chav0825.206

---

[1] On May 17, 2013, mail sent to petitioner at his address on file (California City Correctional Center, P.O. Box 3002, California City, CA 93504) was returned as undeliverable with a notation that petitioner is "Not in Custody." See ECF No. 15. The Inmate Locator for the Federal Bureau of Prisons establishes that petitioner, Register No. 10465-308, is now located at the Federal Correctional Institution in Tucson, Arizona. See http://www.bop.gov/iloc2/LocateInmate.jsp (last checked on June 28, 2013).

2